UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DWIGHT DAVID SHEPHERD,  ) | Chapter 7, Judge Mashburn |
| Debtor  ) | NO. 12-08208 |

**Response of Dwight David Shepherd to Motion of Trustee to Sell Property**
**The deadline for filing a timely response is April 25, 2013**
**If a response is timely filed, the hearing will be May 23, 2013, at 9:30 AM, in L. Clure Morton Federal Building and Post Office, 9 Broad Street, Cookeville, TN  38501**

The Debtor objects to the Motion of the Trustee to sell his survivorship interest in the house and 24.43 acres at 92 Harris Hollow Road, Pleasant Shade, TN, to Citizens Bank for $2,000.00.

Debtor and his wife are willing to increase the bid by at least $500.00.

By */s/ Dale Bohannon*
Dale Bohannon, BPR 4662
Attorney for Debtor
115 South Dixie Avenue
Cookeville, TN  38501
931-526-7868 (Telephone)
931-528-3418 (Fax)
Email: dbohannon@dbohannon.net

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, the foregoing Response was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to Chapter 7 Trustee and Jamie D. Winkler, on behalf of Citizens Bank, as indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

/s/ Dale Bohannon
Dale Bohannon